## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-11738-AMC |
|    Larry Joseph Drake, Jr. a/k/a | : Chapter 13 |
|    Larry Joseph Drake | |
|         Debtor | : |
| | : |
| Deutsche Bank National Trust Company, as Trustee, on behalf of the registered holders of First Franklin Mortgage Loan Trust 2006-FF1, Mortgage Pass-Through Certificates, Series 2006-FF1 c/o Select Portfolio Servicing, Inc. | : : : : : |
|         Movant | : |
|       vs. | : |
| Larry Joseph Drake, Jr. a/k/a Larry Joseph Drake and Hayley Drake (Non-Filing Co-Debtor) | : : |
|         Debtor/Respondent | : |
|       and | : |
| Scott F. Waterman, Esquire | : |
|         Trustee/Respondent | : |

### PRAECIPE TO RELIST THE MOTION FOR RELIEF HEARING

TO THE CLERK:

    Kindly relist the Motion for Relief of Deutsche Bank National Trust Company, as Trustee, on behalf of the registered holders of First Franklin Mortgage Loan Trust 2006-FF1, Mortgage Pass-Through Certificates, Series 2006-FF1 c/o Select Portfolio Servicing, Inc., for a hearing to be held on January 11, 2023 at 11:00am.

                      Respectfully Submitted,

Date: 12/19/2022           / s / Sarah K. McCaffery, Esquire
                           Sarah K. McCaffery, Esquire
                           Hladik, Onorato & Federman, LLP
                           Attorney I.D. #311728
                           298 Wissahickon Avenue
                           North Wales, PA 19454
                           Phone 215-855-9521
                           Email: smccaffery@hoflawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-11738-AMC |
|    Larry Joseph Drake, Jr. a/k/a | : Chapter 13 |
|    Larry Joseph Drake | : |
|         Debtor | : |
| | : |
| Deutsche Bank National Trust Company, as Trustee, on behalf of the registered holders of First Franklin Mortgage Loan Trust 2006-FF1, Mortgage Pass-Through Certificates, Series 2006-FF1 c/o Select Portfolio Servicing, Inc. | : |
|         Movant | : |
|         vs. | : |
| Larry Joseph Drake, Jr. a/k/a Larry Joseph Drake and Hayley Drake (Non-Filing Co-Debtor) | : |
|         Debtor/Respondent | : |
|         and | : |
| Scott F. Waterman, Esquire | : |
|         Trustee/Respondent | : |

### CERTIFICATION OF SERVICE

      I certify that a copy of Movant's Praecipe to Relist the Motion for Relief and Notice of Hearing date was served upon the following parties on the date set forth below:

| | |
|---|---|
| Jeffery A. Fournier., Esquire<br>Via ECF<br>*Attorney for Debtor* | Larry Joseph Drake, Jr. a/k/a<br>Larry Joseph Drake<br>Hayley Drake<br>18 Vestry Lane<br>Levittown, PA 19054<br>Via First Class Mail<br>*Debtor and Non-Filing Co-Debtor* |
| Scott F. Waterman, Esquire<br>Via ECF<br>*Trustee* | |

Date: 12/19/2022

                                              / s / Sarah K. McCaffery, Esquire
                                              Sarah K. McCaffery, Esquire
                                              Hladik, Onorato & Federman, LLP
                                              Attorney I.D. #311728
                                              298 Wissahickon Avenue
                                              North Wales, PA 19454
                                              Phone 215-855-9521
                                              Email: smccaffery@hoflawgroup.com