### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-11738-AMC |
|    Larry Joseph Drake, Jr. a/k/a | : Chapter 13 |
|    Larry Joseph Drake | : |
|               Debtor | : |
| | : |
| Deutsche Bank National Trust Company, as | : |
| Trustee, on behalf of the registered holders of | : |
| First Franklin Mortgage Loan Trust 2006-FF1, | : |
| Mortgage Pass-Through Certificates, Series | : |
| 2006-FF1 c/o Select Portfolio Servicing, Inc. | : |
|               Movant | : |
|        vs. | : |
| Larry Joseph Drake, Jr. a/k/a Larry Joseph Drake and Hayley Drake (Non-Filing Co-Debtor) | : |
|             Debtor/Respondent | : |
|        and | : |
| Scott F. Waterman, Esquire | : |
|             Trustee/Respondent | : |

### NOTICE OF MOTION, RESPONSE
### DEADLINE AND HEARING DATE

     Deutsche Bank National Trust Company, as Trustee, on behalf of the registered holders of First Franklin Mortgage Loan Trust 2006-FF1, Mortgage Pass-Through Certificates, Series 2006-FF1 c/o Select Portfolio Servicing, Inc., has filed with the US Bankruptcy Court a Motion for Relief from Stay regarding its rights it has under the mortgage or with respect to the property located at: 18 Vestry Lane, Levittown, PA 19054.

     **<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult with an attorney.)**

     1.   A **HEARING ON THE MOTION** is scheduled to be held before the Hon. Ashely M. Chan on **January 11, 2023** at **11:00 AM** in Courtroom No. **#4** United States Bankruptcy Court, Robert N.C. Nix Federal Building, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.

     2.   If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      3.    You may contact the Bankruptcy Court Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Respectfully Submitted,

Date: 12/19/2022

/ s / Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. #311728
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: smccaffery@hoflawgroup.com